UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                                    Crim. File No. 05-138 (PAM)

                Plaintiff,

v.                                                           **MEMORANDUM AND ORDER**

Edmond Mirzakhanian,

                Defendant.

---

This matter is before the Court on Defendant Edmond Mirzakhanian's Ex Parte Application to Extend Time to Pay Monetary Penalty. On October 28, 2005, the Court sentenced Defendant to serve 364 days in the custody of the United States Bureau of Prisons and to pay restitution in the amount of $101,254.13, $20,000.00 of which was to be paid immediately. Defendant now asks the Court to extend the time to pay the $20,000.00 until "sometime" after his release. He explains merely that he was unable to pay the amount prior to his incarceration. The Government opposes the extension and notes that at sentencing Defendant's net worth was estimated to be over $800,000.00, and Defendant agreed that at least $20,000.00 was available for payment toward restitution.

Defendant has not shown a change in circumstances warranting an extension of time to pay the $20,000.00. All aspects of the sentence as originally imposed remain in

full force and effect. Accordingly, **IT IS HEREBY ORDERED** that Defendant's Ex Parte Application to Extend Time to Pay Monetary Penalty (Doc. No. 21) is **DENIED**.

Dated: January 24, 2006

                                                s/ Paul A. Magnuson
                                                Paul A. Magnuson
                                                United States District Court Judge