UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                                      Crim. File No. 05-138 (PAM)

                 Plaintiff,

v.                                                                                      **ORDER**

Edmond E. Mirzakhanian,

                 Defendant.

---

This matter is before the Court on Defendant's Petition for a <u>Nunc Pro Tunc</u> Order Directing that Service of Defendant's Imposed Sentence of 364 Days be Split Between Incarceration in Prison and Incarceration at a Halfway House or Home Confinement. At sentencing, the Court strongly urged the Bureau of Prisons to assign Defendant to a facility nearest to his home in California. Nonetheless, the Bureau of Prisons assigned Defendant to the Federal Correctional Institute in Sandstone, Minnesota. Petitioner now asks the Court to modify the sentence imposed because his father, who resides in California, is too ill to visit Minnesota.

Although the Court is extremely disappointed in the Bureau of Prison's failure to comply with the Court's request, the Court is unpersuaded that a modification of Defendant's sentence is appropriate. Accordingly, **IT IS HEREBY ORDERED** that Defendant's Petition (Docket No. 26) is **DENIED**.

Dated: May 11, 2006

                                                 s/ Paul A. Magnuson
                                                 Paul A. Magnuson
                                                 United States District Court Judge